**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America for Use and Benefit of Granite Construction Co.,        Plaintiff,   vs. NEI Contracting and Engineering, Inc., et al.,        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. CV-11-334-PHX-SMM<br><br>  **ORDER** |

      Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 45.)

      Accordingly,

      **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

      **IT IS FURTHER ORDERED VACATING** the status hearing set for **Wednesday, July 18, 2012 at 1:30 p.m.**

      DATED this 11th day of July, 2012.

Stephen M. McNamee
Senior United States District Judge