**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America for Use and Benefit of Granite Construction Co., <br><br> Plaintiff, <br><br> vs. <br><br> NEI Contracting and Engineering, Inc., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. CV-11-334-PHX-SMM

**ORDER**

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 45.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Wednesday, July 18, 2012 at 1:30 p.m.**

DATED this 11th day of July, 2012.

Stephen M. McNamee
Senior United States District Judge